# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BRUCE L. WISHNEFSKY, | : | No. 634 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ALBERT J. EVANS, JAMES J. RILEY, | : | |
| ANDREW H. KOPPEL, JOHN J. | : | |
| CARROL, SUNNY HANYON BRUNT, | : | |
| AND RILEY AND FANELLI, P.C., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.